## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY LARSSON | :    CIVIL ACTION |
| | : |
| v. | :    NO.   24-5506 |
| | : |
| MAGNUM TRANSACTION SUB, LLC, | : |
| AVA WEINSTEIN-ATZRAM, LCSW | : |

## ORDER

AND NOW, this 9th day of March 2026, upon considering defendant's motion for summary judgment (DI 50), plaintiff's opposition (DI 51), defendant's reply (DI 52), and for reasons in the accompanying memorandum, it is ORDERED:

1.     Defendant's motion for summary judgment (DI 50) is GRANTED.

2.     The Clerk of Court shall close this case.

MURPHY, J.